UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHASITY RODGERS,

      Plaintiff(s),

vs.

ST. LOUIS COMMUNITY COLLEGE,

      Defendant(s).

Case No. 4:25-CV00024-NCC

**DESIGNATION OF NEUTRAL BY PARTIES
AND
ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated  May 13, 2025  the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:  Thomas J. Plunkert

Firm Name and Address:  Lexitas Legal
711 North 11th Street
St. Louis, MO 63101

Telephone & FAX Number:  800-280-3376/314-644-1334 (Fax)

**The attorneys of record in this case are:**

Name of Lead Counsel:  Claire L. Hughes

Firm Name and Address:  Hughes Lawyers, LLC
15332 Manchester Road, Suite 203
Ballwin, Missouri 63011

Telephone & FAX Number:  314-328-5770/314-380-4267 (Fax)

Name of Other Counsel:  Kyle C. Westbrook

Firm Name and Address:   Reichardt Noce & Young, LLC
12444 Powerscourt Dr., Ste. 160
St. Louis, Missouri 63131

Telephone & FAX Number:   314-789-1199/314-754-9795 (Fax)

**The completion deadline for this ADR referral is**  July 1, 2025

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   July 2, 2025

Time of Conference:   12:00     ☒ p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   Lexitas Legal
711 North 11th Street
St. Louis, MO 63101

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

6/9/2025
Date

/s/ Claire L. Hughes

Signature of Plaintiff(s)

/s/ Kyle C. Westbrook

Signature of Defendant(s)